No. 91–615. ALLIED-SIGNAL, INC., AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORP. v. DIRECTOR, DIVISION OF TAXATION. Sup. Ct. N. J. [Certiorari granted, 502 U. S. 977.] Motion of the Attorney General of Commonwealth of Virginia for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied.

No. 91–719. PARKE, WARDEN v. RALEY. C. A. 6th Cir. [Certiorari granted, *ante*, p. 905.] Motion of petitioner to be excused from printing certain portions of the record in the joint appendix denied.

No. 91–810. CITY OF BURLINGTON v. DAGUE ET AL. C. A. 2d Cir. [Certiorari granted, 502 U. S. 1071.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of respondents for divided argument to permit American Bar Association to participate in oral argument as *amicus curiae* denied.

No. 91–913. PATTERSON, TRUSTEE v. SHUMATE. C. A. 4th Cir. [Certiorari granted, 502 U. S. 1057.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–998. COMMISSIONER OF INTERNAL REVENUE v. SOLIMAN. C. A. 4th Cir. [Certiorari granted, *ante*, p. 935.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 91–1514. ANNE ARUNDEL COUNTY REPUBLICAN CENTRAL COMMITTEE ET AL. v. STATE ADMINISTRATIVE BOARD OF ELECTION LAWS ET AL. Appeal from D. C. Md. Motion of appellants to expedite consideration of appeal denied.

No. 91–1571. MASSACHUSETTS ET AL. v. FRANKLIN, SECRETARY OF COMMERCE, ET AL. Appeal from D. C. Mass. Motion of appellants to expedite consideration of appeal denied. Motion of appellants to permit filings initially in typewritten form granted.